United States District Court
Southern District of Iowa

Date:
In Session at:
Recessed at:

## CLERK'S COURT MINUTES- SENTENCING

Presiding: Honorable
Attorney(s) for Government:
Attorney(s) for Defendant:
Criminal Number: : Court Reporter:
UNITED STATES OF AMERICA, : Interpreter:
    vs. :   Indictment    Information in    Ct(s)
: Code Violation/Offense:
:
:
:

..................................................................................................................................
Defendant appeared on     and pled guilty to Ct(s)     and reaffirms plea.   Jury  Court verdict of guilty to Ct(s)     returned on   .
..................................................................................................................................
Minutes:


Court adopts findings of final PSIR without change     of PSIR as amended

Judgment:




ORDERED, Restitution:
ORDERED, Crime Victims Fund Assessment:     Fine:
ORDERED, Count(s) Dismissed:     Gov. motion    Deft. motion
ORDERED, Commitment withheld until     at   .
BOND previously set:     Bond continued    Deft. committed


    Deputy Clerk